# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ROBERT WHITE, PRO SE,

Petitioner;

VS.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS,
THE HONORABLE HENRY J. BOROFF,
**BANKRUPTCY CASE NO. 03-44906-HJB**

and

UNITED STATES FEDERAL MARSHAL
FOR THE DISTRICT OF MASSACHUSETTS,

and

LOCAL OR FEDERAL JAIL OR PRISON WHERE
PETITIONER IS HELD

Respondents.

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2005, I caused a copy of the **WRIT OF HABEAS CORPUS** to be served upon each of the parties noted on the attached Service List:

_Robert White_
Robert White - Pro Se

## Service List

| | |
|---|---|
| Attorney for the Chapter 7 Trustee | Michael Goldberg<br>Cohn Whitesell & Goldberg<br>101 Arch Street<br>Boston, MA 02110 |
| The Honorable Henry J. Boroff | United States Bankruptcy Court<br>The Honorable Henry J. Boroff<br>595 Main Street<br>Worcester, MA 01608 |
| US Marshal | United States Department of Justice<br>US Marshal<br>595 Main Street<br>Worcester, MA 01608 |
| Local Jail or Prison<br>where Petitioner is held | United States Department of Justice<br>US Marshal<br>595 Main Street<br>Worcester, MA 01608 |