UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert White,
          Petitioner

V.

United States Bankruptcy Court for
the Western District of Massachusetts,,
The Honorable Henry J. Boroff,
United States Marshal for the District
of Massachusetts, and Local or Federal Jail
or Prison where Petitioner is held
          Respondent

CIVIL ACTION

NO. 05-CV-40104-FDS

## O R D E R

SAYLOR, D. J.

     Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus to the Respondents.

     It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer or other proper responsive pleading to the Petition for Writ of Habeas Corpus.

| 7/13/05 | /s/ F. DENNIS SAYLOR |
|---|---|
| Date | United States District Judge |