UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-40104-FDS

ROBERT WHITE, PRO SE,

Petitioner;

vs.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS,
THE HONORABLE HENRY J. BOROFF,
BANKRUPTCY CASE NO. 03-44906-HJB,

Respondents.

FILED
CLERKS OFFICE

2005 JUL 15  A 11: 50

U.S. DISTRICT CT.
DISTRICT OF MA.

MOTION TO AMEND WRIT OF HABEAS CORPUS

Petitioner, Robert White, Pro Se, requests leave of this Court
to amend his Writ of Habeas Corpus to include the additional
arguement that the Bankruptcy Court violated Petitioner's Sixth
Amendment Right to counsel at his contempt hearing.  Petitioner has
at all times prior to, during, and after his contempt hearing and
after incarceration told the Bankruptcy Court that Petitioner could
not afford to pay the sanctions which percipitated the contempt and
incarceration.  Given Petitioner's poor financial status the
Bankruptcy Court should have made an inquiry into Petitioner's
ability to afford an attorney before holding an evidentiary contempt
hearing.  The Bankruptcy Court has no standardized method of
evaluating indigency except to put a party on the stand to testify in
an evidentiary hearing, in Petitioner's case, without benefit of an
attorney. Petitioner is unsure the Bankruptcy Court even knows it
should appoint an attorney for an indigent party the Court is about

to incarcerate.

Respectfully submitted on July 13, 2005, by

*Robert White*

Robert White, Pro Se,
Federal Inmate No. 80519038
Wyatt Dentention Center
Central Falls, RI 02836