```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
_____
ROBERT WHITE,                  )
                               )
          Petitioner,          )
v.                             )   Civil Action No. 05-40104-FDS
                               )
UNITED STATES BANKRUPTCY COURT )
FOR THE DISTRICT OF            )
MASSACHUSETTS, THE HONORABLE   )
HENRY J. BOROFF, UNITED STATES )
MARSHAL FOR THE DISTRICT OF    )
MASSACHUSETTS, AND LOCAL OR    )
FEDERAL JAIL OR PRISON WHERE   )
PETITIONER IS HELD,            )
                               )
          Respondents.         )
_____)
```

**RESPONDENTS' MOTION TO DISMISS**

Respondents in the above-captioned action hereby move, pursuant to Fed. R. Civ. P. 12(b)(1), (2), and (6), to dismiss the Plaintiff's Complaint for lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim. In support of this motion, the Respondents submit the accompanying Memorandum of Law in Support of their Motion to Dismiss.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                               By:   /s/ Damian W. Wilmot
                                        DAMIAN W. WILMOT
                                        Assistant U.S. Attorney
                                        Moakley Federal Courthouse
                                        Boston, MA 02210
Dated: August 2, 2005              (617) 748-3100

CERTIFICATION UNDER L.R. 7.1

Because Petitioner is a pro se prisoner currently being held in a detention center, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference. It is the undersigned's position that because the Petitioner is *pro se* a 7.1 conference is unnecessary, as that Rule pertains to "counsel."

                                      /s/ Damian W. Wilmot
                                      DAMIAN W. WILMOT
                                      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I certify that on August 2, 2005, I caused a copy of the foregoing Motion to be served on Petitioner by first class mail, postage pre-paid to Robert White (80519038), Wyatt Detention Center, Central Falls, RI 02836.

                                      /s/ Damian W. Wilmot
                                      DAMIAN W. WILMOT
                                      Assistant U.S. Attorney