UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-40104-FDS

ROBERT WHITE, PRO SE,

Petitioner;

vs.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS,
THE HONORABLE HENRY J. BOROFF,
Et. al

**BANKRUPTCY CASE NO. 03-44906-HJ,**

Respondents.

**Notice of Appeal to the United States Court of Appeals for the First Circuit**

I, Robert White, Pro Se, and Petitioner in the above captioned case, appeal to the United States Court of Appeals for the First Circuit from the order of the United States District Court for the District of Massachusetts dismissing Petitioner's Writ of Habeas Corpus, issued on December 29, 2005, and reaffirmed on January 5, 2006, after the District Court denied Petitioner's Motion for Reconsideration. The parties to this action and their respective counsel are indicated on the accompanying certificate of service.

Dated: January 9, 2006.

*Robert White*

Robert White - Pro Se
243-A N. Maple
Manteca, CA 95336
Ph: (209) 825-6115