UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-40104-FDS

ROBERT WHITE, PRO SE,

Petitioner;

vs.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS,
THE HONORABLE HENRY J. BOROFF,
Et. al

**BANKRUPTCY CASE NO. 03-44906-HJ,**

Respondents.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2006, I caused a copy of the Notice of Appeal and Request for Certificate of Appealability to be served upon each of the parties noted on the attached Service List:

*/s/ Robert White*
Robert White - Pro Se
243-A N. Maple
Manteca, CA 95336
Ph: (209) 825-6115

## Service List

| | |
|---|---|
| Attorney for the Chapter 7 Trustee | Michael Goldberg<br>Cohn Whitesell & Goldberg<br>101 Arch Street<br>Boston, MA 02110 |
| The Honorable Henry J. Boroff | United States Bankruptcy Court<br>The Honorable Henry J. Boroff<br>595 Main Street<br>Worcester, MA 01608 |
| U.S. Attorney | Damian W. Wilmot<br>Assistant U.S. Attorney<br>Moakley Federal Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |