## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 05-cv-40104

Robert White

v.

United States Bankruptcy Court for the Western District of Massachusetts

## **CLERK'S CERTIFICATE**

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/12/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 24, 2006.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: *1/24/06* .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:05-cv-40104-FDS
### Internal Use Only

White v. US Bankruptcy Court et al
Assigned to: Judge F. Dennis Saylor, IV
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 06/28/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: U.S. Government
Defendant

**Petitioner**

**Robert White**

represented by **Robert White**
243-A N. Maple
Manteca, CA 95336
PRO SE

V.

**Respondent**

**US Bankruptcy Court**

represented by **Damian W. Wilmot**
U.S. Attorney's Office
John Joseph Moakley United States
Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3398
Fax: 617-748-3969
Email: damian.wilmot@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Honorable Henry J. Boroff**
*U S Bankruptcy Court Judge*

represented by **Damian W. Wilmot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**US Federal Marshal for the District
of Massachusetts**

represented by **Damian W. Wilmot**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Local or Federal Jail or Prison where**     represented by **Damian W. Wilmot**
**petitioner is held**                              (See above for address)
                                                *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 404596, filed by Robert White.(Jones, Sherry) (Entered: 06/28/2005) |
| 06/28/2005 | 2 | CERTIFICATE OF SERVICE by Robert White re 1 Petition for writ of habeas corpus (28:2254). (Jones, Sherry) (Entered: 06/28/2005) |
| 07/13/2005 | 3 | Judge F. Dennis Saylor IV: ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Castles, Martin) (Entered: 07/13/2005) |
| 07/13/2005 |  | ***Staff notes: Copies of Petition for Writ of Habeas Corpus forwarded to the U.S. Bankruptcy Court, The Honorable Henry J. Boroff, U.S. Marshal Service and the U.S. Attorney's Office. (Castles, Martin) (Entered: 07/13/2005) |
| 07/15/2005 | 4 | MOTION to Amend 1 Petition for writ of habeas corpus (28:2254) by Robert White.(Hassett, Kathy) (Entered: 07/15/2005) |
| 07/27/2005 | 5 | MOTION to Amend 1 Petition for writ of habeas corpus (28:2254) by Robert White.(Jones, Sherry) (Entered: 07/27/2005) |
| 08/02/2005 | 6 | MOTION to file third Amendment 1 Petition for writ of habeas corpus (28:2254) by Robert White.(Jones, Sherry) (Entered: 08/02/2005) |
| 08/02/2005 | 7 | MOTION to Dismiss by US Bankruptcy Court, Henry J. Boroff, US Federal Marshal for the District of Massachusetts, Local or Federal Jail or Prison where petitioner is held.(Wilmot, Damian) (Entered: 08/02/2005) |
| 08/02/2005 | ● | RESPONSE to Motion re 7 MOTION to Dismiss filed by US Bankruptcy Court, Henry J. Boroff, US Federal Marshal for the District of Massachusetts, Local or Federal Jail or Prison where petitioner is held. (Attachments: # (1) # (2))(Wilmot, Damian) (Entered: 08/02/2005) |
| 08/02/2005 | 10 | MEMORANDUM in Support re 7 MOTION to Dismiss filed by US Bankruptcy Court, Henry J. Boroff, US Federal Marshal for the District of Massachusetts, Local or Federal Jail or Prison where petitioner is held. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Hassett, Kathy) (Entered: 08/11/2005) |

| 08/10/2005 | ❑ | NOTICE by US Bankruptcy Court, Henry J. Boroff, US Federal Marshal for the District of Massachusetts, Local or Federal Jail or Prison where petitioner is held *OF RELEASE AND MOTION TO DISMISS* (Attachments: # (1) Exhibit A# (2) Exhibit B)(Wilmot, Damian) (Entered: 08/10/2005) |
| --- | --- | --- |
| 08/10/2005 | ❑11 | NOTICE of Release AND MOTION to Dismiss by US Bankruptcy Court, Henry J. Boroff, US Federal Marshal for the District of Massachusetts, Local or Federal Jail or Prison where petitioner is held, c/s. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Hassett, Kathy) (Entered: 08/11/2005) |
| 08/11/2005 | ❑ | Notice of correction to docket made by Court staff. Correction: document #8 corrected because: Attorney filed document as a response, should be filed as a memorandum; court refiled correctly as document #10 (Hassett, Kathy) (Entered: 08/11/2005) |
| 08/11/2005 | ❑ | Notice of correction to docket made by Court staff. Correction: document #9 corrected because: Attorney filed document as a Notice, should be filed as a Motion; Court correctly filed as document #11 (Hassett, Kathy) (Entered: 08/11/2005) |
| 08/18/2005 | ❑12 | RESPONSE to Motion re 7 MOTION to Dismiss filed by Robert White, c/s. (Jones, Sherry) (Entered: 08/18/2005) |
| 12/29/2005 | ❑13 | Judge F. Dennis Saylor IV: ORDER entered. ORDER DISMISSING CASE.(Castles, Martin) (Entered: 12/29/2005) |
| 01/03/2006 | ❑14 | MOTION for Reconsideration re 13 Order Dismissing Case by Robert White, c/s.(Jones, Sherry) (Entered: 01/03/2006) |
| 01/05/2006 | ❑15 | Judge F. Dennis Saylor IV: MEMORANDUM AND ORDER entered denying 14 Motion for Reconsideration. (Castles, Martin) (Entered: 01/05/2006) |
| 01/06/2006 | ❑16 | Judge F. Dennis Saylor IV: AMENDED MEMORANDUM AND ORDER entered. re: 14 MOTION for Reconsideration re 13 Order Dismissing Case filed by Robert White. (Castles, Martin) (Entered: 01/06/2006) |
| 01/12/2006 | ❑17 | MOTION for Certificate of Appealability by Robert White.(Hassett, Kathy) (Entered: 01/12/2006) |
| 01/12/2006 | ❑18 | NOTICE OF APPEAL as to 15 Order on Motion for Reconsideration by Robert White. No fee enclosed. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/1/2006. (Hassett, Kathy) (Entered: 01/12/2006) |
| 01/12/2006 | ❑19 | CERTIFICATE OF SERVICE by Robert White re 17 MOTION for Certificate of Appealability, 18 Notice of Appeal. (Hassett, Kathy) (Entered: 01/12/2006) |

| 01/12/2006 | | ***Staff notes : Case forwarded to appeals coordinator. (Hassett, Kathy) (Entered: 01/12/2006) |