UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-40104-FDS

ROBERT WHITE, PRO SE,

Petitioner;

vs.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS,
THE HONORABLE HENRY J. BOROFF,
Et. al

**BANKRUPTCY CASE NO. 03-44906-HJ,**

Respondents.

---

**Motion to Proceed In Forma Pauperis on Appeal**

I, Robert White, Pro Se, ask leave of this Court to proceed *in forma pauperis* in my appeal to the First Circuit Court of this Court's dismissal of my Writ of Habeas Corpus. I ask to proceed *in forma pauperis* because I can not afford to pay the filing fees and other costs associated with this appeal. I have included and attached my Affidavit in Support of Motion for Leave to Proceed In Forma Pauperis.

I filed a similar Motion and Affidavit in the Bankruptcy Court and US Supreme Court, and those motions are still pending at this time. In both Motion and Affidavit to both Courts my income and expenses remain the same

Dated: March 18, 2006

*/s/ Robert White*
Robert White - Pro Se
243-A N. Maple
Manteca, CA 95336
Ph: (209) 825-6115

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-40104-FDS

ROBERT WHITE, PRO SE,

Petitioner;

vs.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS,
THE HONORABLE HENRY J. BOROFF,
Et. al

**BANKRUPTCY CASE NO. 03-44906-HJ,**

Respondents.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2006, I caused a copy of the Notice of Appeal and Request for Certificate of Appealability to be served upon each of the parties listed below.

The Honorable Henry J. Boroff
United States Bankruptcy Court
595 Main Street
Worcester, MA 01608

Joseph B. Collins-Tr
Hendel & Collins P.C.
101 State Street
Springfield, MA 01103

Michael Goldberg
Cohn Whitesell & Goldberg
101 Arch Street
Boston, MA 02110

Damian W. Wilmot
Assistant U.S. Attorney
Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

by: /s/ Robert White

Robert White - Pro Se
243-A N. Maple
Manteca, CA 95336
Ph: (209) 825-6115