UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT WHITE,<br><br>v.<br><br>UNITED STATES BANKRUPTCY COURT. | )<br>)<br>)   Case No. 4:05-cv-40104-FDS<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Joseph B. Collins (the "Trustee"), the Chapter 7 Trustee of debtor CK Liquidation Corporation.[1]

I certify that I am admitted to practice in this court.

May 5, 2006

        /s/ Michael J. Goldberg
Michael J. Goldberg (BBO #551869)
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2505
Fax: (617) 951-0679
Email: *goldberg@cwg11.com*

---

[1] As noted in the Trustee's Opposition to Petition for Writ of Mandamus dated April 7, 2006 [Docket No. 26], the Trustee believes that the Petition for Writ of Mandamus has been mistakenly docketed in this case. As noted in the Opposition, Robert White's Petition for Writ of Mandamus seeks to set aside an order of the Bankruptcy Court dated March 20, 2006, which is an entirely separate matter than the Petition for a Writ of Habeas Corpus filed by Robert White to initiate this case.

## CERTIFICATE OF SERVICE

I, Michael J. Goldberg, hereby certify that on May 5, 2006, I caused copies of the foregoing **Notice of Appearance** to be served upon all parties as indicated on the service list below.

## SERVICE LIST

Robert White                                                                    US MAIL
243-A N. Maple
Manteca, CA 95336


Damian W. Wilmot                                                                ECF
U.S. Attorney's Office
John Joseph Moakley United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
Email: damian.wilmot@usdoj.gov

                                                /s/ Michael J. Goldberg
                                                Michael J. Goldberg (BBO #551869)
                                                COHN WHITESELL & GOLDBERG LLP
                                                101 Arch Street
                                                Boston, MA 02110
                                                Tel: (617) 951-2505
                                                Fax: (617) 951-0679
                                                Email: *goldberg@cwg11.com*

G:\Data\960p\ntc of app (mjg).doc