# United States Court of Appeals
## For the First Circuit

No. 06-1188

ROBERT WHITE,

Petitioner - Appellant,

v.

U.S. BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS;
HONORABLE HENRY J. BOROFF, U.S. Bankruptcy Court Judge;
U.S. FEDERAL MARSHAL FOR THE DISTRICT OF MASSACHUSETTS;
LOCAL OR FEDERAL JAIL OR PRISON WHERE PETITIONER IS HELD,

Respondents - Appellees.

### ORDER OF COURT

**Entered: May 23, 2006**
**Pursuant to 1st Cir. R. 27(d)**

This court has docketed petitioner-appellant Robert White's appeal from the Order of Dismissal that entered on December 29, 2005 and from the Amended Memorandum and Order that entered on January 6, 2006 in civil action no. 05-40104-FDS (D. Mass.) dismissing his Petition for Writ of Habeas Corpus. The case cannot go forward unless a certificate of appealability issues. See 28 U.S.C. §2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1. On January 12, 2006 and again on January 20, 2006, petitioner-appellant filed a motion seeking a certificate of appealability in the district court.

Accordingly, we direct petitioner-appellant to file a status report in this court by **June 22, 2006**, and *every thirty days thereafter*, advising us of the status of the motiont for a certificate of appealability. We further order petitioner-appellant to inform this court immediately once the district court reaches a decision on the motion for a certificate of appealability.

If a status report is not filed by **June 22, 2006** and at **thirty-day intervals** thereafter, this appeal may be dismissed for

want of diligent prosecution.  <u>See</u> Loc. R. 3(b).

                    By the Court:

                    Richard Cushing Donovan, Clerk

                        MARGARET CARTER

By_____
      Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By _[signature]_ Date: 5-23-6

[Cert. cc: Hon. F. Dennis Saylor and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: White and Wilmot]