MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1188

ROBERT WHITE,

Petitioner, Appellant,

v.

U.S. BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS, ET AL.,

Respondents, Appellees.

Before

Torruella, Lynch and Lipez,
<u>Circuit Judges</u>.

JUDGMENT

Entered: October 27, 2006

    Essentially for the reasons given by the district court in its memorandum and order, dated August 10, 2006, petitioner's request for a certificate of appealability is <u>denied</u> and this appeal is <u>terminated</u>.

    Petitioner's motion to proceed in forma pauperis is <u>denied as moot</u>.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*/s/ Linda Barry*
Deputy Clerk

Date: DEC 14 2006

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
    MARGARET CARTER
    Chief Deputy Clerk.

[Cert. cc: Hon. F. Dennis Saylor, IV and Sarah A. Thornton, Clerk, U.S.D.C of Massachusetts, cc: Messrs: White and Wilmot]